# AFFIRMATION OF SERVICE

TONY MIRVIS declares under penalty of perjury:

1. I am over 18 years old and am not a party to this action;

2. On March 2, 2018, I caused a copy of the **Notice of Motion, Affirmation, and Memorandum in Support of Defendant** Emil Sosunov's **Pretrial Motions** in <u>United States v. Emil Sosunov</u>, S5 17 CR 225 (KBF) to be delivered via ECF to:

           **Andrew Thomas, Esq.**
           **Andrew Adams, Esq.**
        **Assistant United States Attorneys**
         **Southern District of New York**

Dated:    Brooklyn, New York
            March 2, 2018

                                            /S/
                                        **TONY MIRVIS**