

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2018

**BY ECF**

Hon. Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Razhden Shulaya*, et al., 17 Cr. 350 (KBF)

Dear Judge Forrest:

      The Government writes to respectfully request that the Government's deadline for filing its Enterprise Letter respecting any remaining defendants in the "Group D" trial group, currently due today, July 13, 2018, be adjourned for a period of two weeks. The Government is actively discussing pretrial dispositions with all remaining defendants in Group D, and anticipates that this trial grouping may be fully resolved without the need for additional pretrial filings. Counel for each of the remaining defendants in Group D has consented to this request..

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by: __/s/_____
      Andrew C. Adams
      Assistant United States Attorney
      (212) 637-2106