# ALBERT Y. DAYAN

**Attorney at Law**

80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Tel: (718) 268-9400:     Fax: (718) 268-9404

July 19, 2018

**By ECF:**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:     United States v. Shulaya
            17-Cr-00350-KBF

Dear Judge Forrest:

    I am the attorney for Emil Sosunov in the above referenced case and respectfully submit this letter to Your Honor.  The parties in Group F (Savgir, Sosunov, Thomas and Dovlatyan) were scheduled to appear before Your Honor for a Conference on Thursday, July 19, 2018 at 2:30 p.m.

    By way of the Court's Order of July 19, 2018, the conference is adjourned to August 7, 2018, at 1:00 p.m.  Your Honor, I am scheduled to be out of office overseas from August 3 to August 13, 2018.  For this reason, I am kindly asking that the conference be adjourned to anytime after August 13, 2018.

    Thank you Your Honor.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Albert Y. Dayan
                                            Attorney at Law

Cc.    AUSA Andrew Thomas
         AUSA Andrew Adams