**ALBERT Y. DAYAN**          80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415
Attorney at Law             Tel: (718) 268-9400:    Fax: (718) 268-9404

January 30, 2019

**By ECF:**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    United States v. Emil Sosunov
            17-Cr-00350-KBF

Dear Judge Preska:

    I am the attorney for Emil Sosunov in the above referenced case and respectfully submit this letter on behalf of the defendant.

    Your Honor, Mr. Sosunov's Plea Hearing is schedule for 11:00 a.m. on Thursday, January 31, 2019. With no objection by the Government, defense counsel respectfully ask the court's permission to reschedule this Plea Hearing from Thursday, January 31, 2019 to Wednesday, February 13 or Thursday, February 14, 2019 or any other date that is convenient to the court. I will be out of office overseas from February 20 – 25, 2019.

    Thank you Your Honor for your consideration.

                                          Respectfully submitted,

                                                /s/
                                          Albert Y. Dayan
                                          Attorney at Law

cc.    AUSA Andrew Thomas
        AUSA Andrew Adams