UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>EMIL SOSUNOV,<br><br>                    Defendant. | 17 Cr. 350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   On September 24, 2020, the Court issued an order granting Defendant Emil Sosunov's motion for compassionate release and ordering he be released to home incarceration for the remainder of his original term of imprisonment. (See dkt. no. 1300 (the "September 24 Order").) In order to accomplish the objective of that order without improperly attempting to "alter the method of [Mr. Sosunov's] incarceration," United States v. Urso, 2019 WL 5423431, at *1 (E.D.N.Y. Oct. 23, 2019), the Court amends the September 24 Order, and the original sentence imposed on Mr. Sosunov (dkt. no. 1168), as follows:

   Mr. Sosunov's sentence of imprisonment is modified to time served. However, the remaining portion of the original term of imprisonment (as calculated by the BOP), shall be served as supervised release with the special condition that Mr. Sosunov shall be subject to home incarceration--the most restrictive form of home confinement--without the requirement of electronic

1

monitoring, followed by the term of supervised release imposed in the original sentence. Upon his release, Mr. Sosunov shall self-quarantine at home for a 14-day period. The BOP is directed to release Mr. Sosunov immediately.

**SO ORDERED.**

Dated:   New York, New York
         September 24, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge